IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1845<br>1:07-md-1845-TWT |
| KIMBERLY ABRAHAM individually and as next friend of Autumn Abraham, a minor, et al.,<br><br>   Plaintiffs,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:09-CV-2844-TWT |
| RICKIE GENE BOWMAN,<br><br>   Plaintiff,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:09-CV-874-TWT |
| KATRINA DAVIS, et al.,<br><br>   Plaintiffs,<br><br>    v.<br><br>CONAGRA FOODS, INC., a Delaware Corporation,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:09-CV-726-TWT |

| | |
|---|---|
| ARTIE SOUTHERN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:09-CV-1544-TWT |
| WENDY JOAN AHRENS<br>an individual, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br>a Delaware corporation, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:08-CV-3693-TWT |
| CARLOS M. ANDREWS<br>through his guardian ad litem, Tiffany<br>K. Searcy, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br>a Delaware corporation, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:07-CV-3058-TWT |
| TIMOTHY HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:07-CV-2142-TWT |

ORDER

These are personal injury actions pending before this Court in an MDL proceeding. They are before the Court on the Defendant's Motion to Compel Production of Peanut Butter Lid Identification from Certain Plaintiffs [Doc. 1686], which is GRANTED. It is hereby ordered that each plaintiff identified below shall serve upon ConAgra's Liaison Counsel within twenty (20) days of entry of this Order, accurate and complete identification of the lid code of the peanut butter at issue in his or her Complaint, or in the alternative, if a Plaintiff is not in possession of this information, he or she should provide information regarding the disposition of the product lid code.

| Case Caption | Plaintiff Name | Case Number |
|---|---|---|
| Abraham | Braughler, Kelly Marie | 1:09-CV-02844-TWT |
| Abraham | Dominguez, John | 1:09-CV-02844-TWT |
| Abraham | Dubard, Amanda | 1:09-CV-02844-TWT |
| Abraham | Dubard, Amanda o/b/o P.D. | 1:09-CV-02844-TWT |
| Abraham | Fowler, Helen o/b/o James Fowler | 1:09-CV-02844-TWT |
| Abraham | Goodwin, Jacqueline | 1:09-CV-02844-TWT |
| Abraham | Kelly, John F. | 1:09-CV-02844-TWT |
| Abraham | Ray, Barbara Ann | 1:09-CV-02844-TWT |
| Abraham | Simpson, Robert | 1:09-CV-02844-TWT |

| | | |
|---|---|---|
| Abraham | Smith, Johnny Z. | 1:09-CV-02844-TWT |
| Ahrens | Blanton, Dianne Patricia o/b/o Z.B. | 1:08-CV-03693-TWT |
| Ahrens | Bradford, Nikita | 1:08-CV-03693-TWT |
| Ahrens | Bradford, Nikita Clincy o/b/o R.B. | 1:08-CV-03693-TWT |
| Ahrens | Bradford, Nikita Clincy o/b/o T.B. | 1:08-CV-03693-TWT |
| Ahrens | Carrington, Larry P. | 1:08-CV-03693-TWT |
| Ahrens | Carritt, Bernard | 1:08-CV-03693-TWT |
| Ahrens | Hurley, Kevin Sean | 1:08-CV-03693-TWT |
| Ahrens | Morrow, Wilma | 1:08-CV-03693-TWT |
| Ahrens | Parker, Tanya | 1:08-CV-03693-TWT |
| Ahrens | Parker, Tanya o/b/o A.P. | 1:08-CV-03693-TWT |
| Ahrens | Parker, Tanya o/b/o S.P. | 1:08-CV-03693-TWT |
| Ahrens | Phillips, Anna M. | 1:08-CV-03693-TWT |
| Ahrens | Reeves, Kathryn o/b/o W.R. | 1:08-CV-03693-TWT |
| Ahrens | Snipes, Sheila | 1:08-CV-03693-TWT |
| Ahrens | Solomon, Barbara Eileen | 1:08-CV-03693-TWT |
| Ahrens | Spearman, Kimson Theodore | 1:08-CV-03693-TWT |
| Ahrens | Sterling, Cyrus Paul | 1:08-CV-03693-TWT |
| Ahrens | Tanguma, Eva | 1:08-CV-03693-TWT |
| Ahrens | Tanguma, Eva o/b/o Albert Lewis Tanguma | 1:08-CV-03693-TWT |
| Ahrens | Tittle, Patsy Leona o/b/o R.T. | 1:08-CV-03693-TWT |
| Ahrens | Todd, Syrena B. | 1:08-CV-03693-TWT |
| Ahrens | Weyrowske, Eric Benjamin | 1:08-CV-03693-TWT |

| Ahrens | Wilds, John Glenn | 1:08-CV-03693-TWT |
|--------|-------------------|-------------------|
| Ahrens | Worland, Jennifer Ann o/b/o D.W. | 1:08-CV-03693-TWT |
| Ahrens | Zacker, Joseph Lloyd | 1:08-CV-03693-TWT |
| Andrews | Searcy, Tiffany o/b/o C.A. | 1:07-CV-03058-TWT |
| Andrews | Avila, Viveca Marie | 1:07-CV-03058-TWT |
| Andrews | T.D.B. (minor) | 1:07-CV-03058-TWT |
| Andrews | Burwell, Allan R. Sr. | 1:07-CV-03058-TWT |
| Andrews | Burwell, Allison Faith | 1:07-CV-03058-TWT |
| Andrews | Burwell, Zachary Eugene | 1:07-CV-03058-TWT |
| Andrews | Butler, Shanetta | 1:07-CV-03058-TWT |
| Andrews | J.N.C. (minor) | 1:07-CV-03058-TWT |
| Andrews | Carter, Dorothy Joan | 1:07-CV-03058-TWT |
| Andrews | Early, Barbara A. | 1:07-CV-03058-TWT |
| Andrews | Elliott, Charlotte | 1:07-CV-03058-TWT |
| Andrews | Franco, Esther H. | 1:07-CV-03058-TWT |
| Andrews | Griesser, Mary Lou | 1:07-CV-03058-TWT |
| Andrews | Inman, Glenda L. | 1:07-CV-03058-TWT |
| Andrews | Jones, Marnita Valerie | 1:07-CV-03058-TWT |
| Andrews | Keith, Joyce Carol | 1:07-CV-03058-TWT |
| Andrews | Kinzie, David A. | 1:07-CV-03058-TWT |
| Andrews | Kirby, William M. | 1:07-CV-03058-TWT |
| Andrews | Landre, Ghislaine-Laure | 1:07-CV-03058-TWT |
| Andrews | McZeal, Raven Nycole | 1:07-CV-03058-TWT |
| Andrews | Shoemaker, Chasitie M. | 1:07-CV-03058-TWT |

| | | |
|---|---|---|
| Andrews | Sloan, Clarence C. | 1:07-CV-03058-TWT |
| Andrews | Taylor, Heather L | 1:07-CV-03058-TWT |
| Andrews | Teller, Brianna L. | 1:07-CV-03058-TWT |
| Andrews | Teller, Matthew J. | 1:07-CV-03058-TWT |
| Andrews | Teller, Michael W. | 1:07-CV-03058-TWT |
| Andrews | Wilkins, John Edward | 1:07-CV-03058-TWT |
| Bowman | Anderson, Sonia Marie | 1:09-CV-00874-TWT |
| Bowman | Esterline, Stephanie o/b/o L.E. | 1:09-CV-00874-TWT |
| Bowman | Gabriel, Ricky A. | 1:09-CV-00874-TWT |
| Bowman | Gartrell, Deborah A. | 1:09-CV-00874-TWT |
| Bowman | Lynch, Georgia Lucille | 1:09-CV-00874-TWT |
| Bowman | Prato, Luz Maria | 1:09-CV-00874-TWT |
| Bowman | Prato, Luz Maria o/b/o R.P. | 1:09-CV-00874-TWT |
| Bowman | Reynolds, Regena Ann Turner | 1:09-CV-00874-TWT |
| Bowman | Salinas, Melinda o/b/o J.S. | 1:09-CV-00874-TWT |
| Bowman | Smith, Glenda o/b/o Harley L.K. Smith | 1:09-CV-00874-TWT |
| Bowman | Williams, Cecilia G. | 1:09-CV-00874-TWT |
| Bowman | Williams, Shannita (Brown) o/b/o D.W. | 1:09-CV-00874-TWT |
| Bowman | Wilson, Birdie on behalf of Lonnie Wilson, deceased | 1:09-CV-00874-TWT |
| Katrina Davis | Dudley, Toni | 1:09-CV-00726-TWT |
| Katrina Davis | Dudley, Toni o/b/o C.B. | 1:09-CV-00726-TWT |
| Katrina Davis | Dudley, Toni o/b/o L.B. | 1:09-CV-00726-TWT |

| Katrina Davis | Smith, Debra | 1:09-CV-00726-TWT |
|---|---|---|
| Katrina Davis | Vaughn, Richard | 1:09-CV-00726-TWT |
| Harper, T | Harper, Timothy | 1:07-CV-02142-TWT |
| Southern | Allen, Jesse Roy | 1:09-cv-01544-TWT |
| Southern | Alniece, Wanda | 1:09-cv-01544-TWT |
| Southern | Bailey, Pamela Tillman | 1:09-cv-01544-TWT |
| Southern | Bailey, Pamela Tillman a/n/f J.E. | 1:09-cv-01544-TWT |
| Southern | Bailey, Pamela Tillman a/n/f J.E.2 | 1:09-cv-01544-TWT |
| Southern | Beal, Louchell a/n/f M.B. | 1:09-cv-01544-TWT |
| Southern | Berry, Gwendolyn | 1:09-cv-01544-TWT |
| Southern | Clark, Briani | 1:09-cv-01544-TWT |
| Southern | Clark, Bridget | 1:09-cv-01544-TWT |
| Southern | Crawford, Barry | 1:09-cv-01544-TWT |
| Southern | Criff, Jessie a/n/f J.R. | 1:09-cv-01544-TWT |
| Southern | Daggs, Anthony | 1:09-cv-01544-TWT |
| Southern | Daggs, Enjolee Tillman | 1:09-cv-01544-TWT |
| Southern | Fields, Gerald | 1:09-cv-01544-TWT |
| Southern | Garner, Christine | 1:09-cv-01544-TWT |
| Southern | Hardemon, Chryle a/n/f N.H. | 1:09-cv-01544-TWT |
| Southern | Johnson, Michael | 1:09-cv-01544-TWT |
| Southern | Kennedy, Jerry | 1:09-cv-01544-TWT |
| Southern | McDaniel, Emile D. and Felicia a/n/f K.M. | 1:09-cv-01544-TWT |
| Southern | McDaniel, Felicia | 1:09-cv-01544-TWT |
| Southern | Randle, Debra | 1:09-cv-01544-TWT |

| Southern | Rivera, Gilbert | 1:09-cv-01544-TWT |
|---|---|---|
| Southern | Robinson, Michael | 1:09-cv-01544-TWT |
| Southern | Robinson, Michael and Shawna a/n/f M.R. | 1:09-cv-01544-TWT |
| Southern | Robinson, Michael and Shawna a/n/f M.R.2 | 1:09-cv-01544-TWT |
| Southern | Robinson, Shawna Evans | 1:09-cv-01544-TWT |
| Southern | Sandoval, Gregorio | 1:09-cv-01544-TWT |
| Southern | Sandoval, Maria Esther | 1:09-cv-01544-TWT |
| Southern | Saulter, Floyd Jr | 1:09-cv-01544-TWT |
| Southern | Saulter, Gloria | 1:09-cv-01544-TWT |
| Southern | Stelly, Diane T. | 1:09-cv-01544-TWT |
| Southern | Vargas, Evonne | 1:09-cv-01544-TWT |
| Southern | Vargas, Peter Jr. | 1:09-cv-01544-TWT |
| Southern | Vargas, Peter Jr. and Evonne a/n/f J.V. | 1:09-cv-01544-TWT |
| Southern | Vargas, Peter Jr. and Evonne a/n/f K.V. | 1:09-cv-01544-TWT |
| Southern | Vargas, Peter Jr. and Evonne a/n/f M.V. | 1:09-cv-01544-TWT |
| Southern | Watson, Robert | 1:09-cv-01544-TWT |

SO ORDERED, this 14 day of February, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge